# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUST PUPPIES, INC. et al., | * | |
| *Plaintiffs*, | * | |
| v. | * | Case No. 19-cv-2439-ELH |
| BRIAN E. FROSH, *et al.*, | * | |
| | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 105.9 of the Local Rules of this Court, Defendants Brian E. Frosh, Attorney General of Maryland, the Consumer Protection Division of the Office of the Attorney General, the Maryland State Finance Committee of the General Assembly of Maryland, and the Maryland House Economic Matters Committee of the General Assembly of Maryland., respectfully request that this Court grant an extension to November 12, 2019, for the defendants to file their opposition to plaintiffs' Motion for Preliminary Injunction (ECF No. 20) and their reply to plaintiffs' opposition to defendants' motion to dismiss.

1. On October 23, 2019, plaintiffs filed a motion for preliminary injunction. Defendants' response is currently due November 7, 2019.

2. On October 23, 2019, plaintiffs filed an opposition to the defendants'

motion to dismiss.  Defendants' reply is currently due November 7, 2019.

3. Defendants' motion to dismiss was filed by Assistant Attorney General Jennifer Katz, who has since left the office.  Although undersigned counsel has been working diligently to get up to speed with this matter, additional time is needed to prepare both a response to plaintiffs' motion for preliminary injunction as well as a reply to plaintiffs' opposition to defendants' motion to dismiss.

4. Counsel for plaintiffs consents to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that the Court grant this motion and extend the defendants' deadline for filing their opposition to plaintiffs' Motion for Preliminary Injunction and their reply to plaintiffs' opposition to defendants' motion to dismiss.  A proposed Order is submitted with this motion.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_/s/ Ryan R. Dietrich_____
RYAN R. DIETRICH (Fed. Bar # 27945)
Assistant Attorney General
Office of the Attorney General
Civil Division
200 St. Paul Place
Baltimore, Maryland  21202
rdietrich@oag.state.md.us
(410) 576-7648; (410) 576-6955 (fax)

Dated:  November 6, 2019                    Attorneys for Defendants