IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

Just Puppies, Inc., et al
         Plaintiffs

v.      \*      Case No. ELH-19-cv-02439

Brian E. Frosh, et al      \*
         Defendants
\*
\*\*\*\*\*\*

ORDER

For good cause shown to the Court, it is this 29th day of January, 2020, by the United States District Court for the District of Maryland, **IT IS ORDERED** that the below listed papers be **placed under seal** pending further order of Court:

    Plaintiffs' Exhibit 10 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 11 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 14 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 15 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 16 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 21 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 22 to the January 29, 2020 Evidentiary Hearing

    Plaintiffs' Exhibit 32 to the January 29, 2020 Evidentiary Hearing

*/s/ Ellen R. Hollander*
Ellen L. Hollander
United States District Judge