IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Just Puppies, Inc., et al
    Plaintiffs      *

v.      *

                        Case No. ELH-19-cv-02439

Brian E. Frosh, et al      *
    Defendants
                       *
                     ******

ORDER

For good cause shown to the Court, it is this 30th day of January, 2020, by the United States District Court for the District of Maryland, **IT IS ORDERED** that the below listed papers be **placed under seal** pending further order of Court:

Defendants' Exhibit 1 to the January 30, 2020 Evidentiary Hearing

Defendants' Exhibit 2 to the January 30, 2020 Evidentiary Hearing

                                                Ellen L. Hollander
                                                United States District Judge