IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUST PUPPIES, INC., *et al.*,
*Plaintiffs*,

v.

Civil Action No. ELH-19-2439

BRIAN E. FROSH, *et al.*,
*Defendants*.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 7th day of February, 2020 by the United States District Court for the District of Maryland, ORDERED:

1) The Motion (ECF 5) GRANTED;

2) The Preliminary Injunction Motion (ECF 20) is DENIED; and

3) The CLERK is directed to close the case.

/s/
Ellen Lipton Hollander
United States District Judge