IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **JUST PUPPIES, INC.** *<br>d/b/a JUST PUPPIES TOWSON, *et al.* | |
| * | |
| **Plaintiffs,** | |
| * | **CIVIL NO.: 1:19-cv-2439** |
| v. | |
| * | |
| **BRIAN E. FROSH,**<br>**MARYLAND ATTORNEY GENERAL,** *et al.* | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), 59(e) and 60(b), Plaintiffs, Just Puppies, Inc. d/b/a Just Puppies Towson, Just Puppies of Maryland, Inc. d/b/a Just Puppies Rockville, Charm City Puppies, LLC d/b/a Charm City Puppies & Boutique, Today's Pet, Inc. d/b/a Today's Pet, Sobrad, LLC d/b/a Pinnacle Pet, and Jodie Hancock d/b/a 2 Mile Kennel ("Plaintiffs"), by and through their undersigned counsel, respectfully move to alter or amend the Court's Order granting Defendants, Brian E. Frosh, in his official capacity as Attorney General for the State of Maryland, the Division of Consumer Protection in the Office of the Attorney General, the Maryland Senate Finance Committee and the Maryland House Economic Matters Committee of the General Assembly of Maryland's (collectively referred to as "the State") Motion to Dismiss Complaint, and move for leave to amend Plaintiff's Complaint. In support, Plaintiffs incorporate and adopt herein by reference its Memorandum of Law in Support of their Motion to Alter or Amend Judgment and for Leave to File First Amended Complaint, as well as all exhibits attached thereto.

1

| | |
|---|---|
| Date: March 6, 2020 | Respectfully submitted, |

                                        /s/ *Jonathan P. Kagan*
                                    Jonathan P. Kagan
                                    (D. Md. Bar No. 23181)
                                    kagan@kaganstern.com

                                        /s/ *Stephen B. Stern*
                                    Stephen B. Stern
                                    (D. Md. Bar No. 25335)
                                    stern@kaganstern.com

                                        /s/ *Meagan C. Borgerson*
                                    Meagan C. Borgerson
                                    (D. Md. Bar No. 13686)
                                    borgerson@ kaganstern.com

                                    KAGAN STERN MARINELLO & BEARD, LLC
                                    238 West Street
                                    Annapolis, Maryland 21401
                                    Phone:      (410) 216-7900
                                    Facsimile:   (410) 705-0836

                                    *Counsel for Plaintiffs Just Puppies, Inc. d/b/a Just Puppies Towson, Just Puppies of Maryland, Inc. d/b/a Just Puppies Rockville, Charm City Puppies, LLC d/b/a Charm City Puppies & Boutique, Today' s Pet, Inc. d/b/a Today' s Pet, Jodie Hancock d/b/a 2 Mile Kennel, and Sobrad, LLC d/b/a Pinnacle Pet*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2020, a copy of the foregoing was served via the CM/ECF filing system on all counsel entitled to service.

                                        /s/ *Jonathan P. Kagan*
                                        Jonathan P. Kagan